**EXHIBIT A**



**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

---

*Linwood C. Wright*
*Direct Dial: (215) 861-8512*
*Facsimile: (215) 861- 8618*
*E-mail Address:*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

August 21, 2009

Thomas R. Ashley, Esq.
50 Park Place
Suite 1400
Newark, NJ  07102

William J. Honig, Esq.
538 Church Street
Norristown, PA 19401-4811

Paul George, Esq.
239 S. Camac Street
Philadelphia, PA 19107

Tariq Karim El-Shabazz, Esq.
El-Shabazz & Harris LLC
Suite 1525
Philadelphia, PA 19110

Carlos Martir, Esq.
118 N. State Street
Newtown, PA 18940

      RE:    United States v. Maurice Phillips
              Criminal No. 07-549

Dear Counsel:

      As part of the continuing discovery in the above matter, enclosed please find a CD containing the Interview Reports identified on the enclosed list.

      All discovery material is provided for trial preparation and use at trial only.  None of the material may be disclosed or displayed to any person for any other purpose.

                  Very truly yours,

                  MICHAEL L. LEVY
                  United States Attorney

                  Linwood C. Wright
                  Assistant United States Attorney

enc.
cc:
Maureen McCartney, AUSA

U.S. v. MAURICE PHILLIPS
INTERVIEW REPORTS
Provided August 2009

| DATE | AGENCY | BATES NUMBER |
|------|--------|--------------|
| 01/22/07 | FBI | IR00001 |
| 03/07/02 | FBI | IR00003 - 00005 |
| 02/05/03 | DEA | IR00006 - 00007 |
| 09/19/06 | FBI | IR00015 |
| 03/11/04 | FBI | IR00016 |
| 09/19/06 | FBI | IR00017 |
| 09/20/02 | FBI | IR00018 - 00019 |
| 09/13/07 | FBI | IR00025 |
| 08/07/02 | FBI | IR00026 |
| 08/09/02 | FBI | IR00027 |
| 04/17/01 | FBI | IR00031 |
| 05/01/01 | FBI | IR00032 |
| 05/14/01 | FBI | IR00033 |
| 06/26/01 | FBI | IR00034 |
| 07/05/01 | FBI | IR00035 |
| 09/12/01 | FBI | IR00036 |
| 03/07/02 | FBI | IR00037 |
| 01/31/08 | FBI | IR00038 |
| 09/20/02 | FBI | IR00039 |
| 09/13/07 | FBI | IR00053 - 00054 |
| 09/13/07 | FBI | IR00055 - 00057 |
| 09/13/07 | FBI | IR000572 |
| 03/18/04 | FBI | IR00060 |
| 09/20/07 | FBI | IR00061 |
| 03/19/04 | FBI | IR00062 |
| 01/09/08 | FBI | IR00063 - 00064 |
| 12/11/06 | FBI | IR00065 |
| 06/08/07 | FBI | IR00068 |
| 11/27/06 | IRS | IR00069 |
| 07/27/04 | IRS | IR00070 - 00072 |
| 03/11/04 | FBI | IR00073 |
| 05/29/02 | FBI | IR00074 |
| 05/29/02 | IRS | IR00075 - 00078 |
| 05/30/02 | FBI | IR00079 - 00080 |
| 05/30/02 | IRS | IR00081 - 00088 |
| 05/31/02 | FBI | IR00089 - 00093 |
| 05/31/02 | FBI | IR00094 |
| 06/04/02 | FBI | IR00095 - 00098 |
| 06/18/02 | FBI | IR00099 |
| 06/18/02 | FBI | IR00100 - 00101 |
| 06/21/02 | IRS | IR00102 |
| 09/13/07 | FBI | IR00134 - 00161 |
| 09/17/07 | FBI | IR00162 - 00165 |

8/21/2009

U.S. v. MAURICE PHILLIPS
INTERVIEW REPORTS
Provided August 2009

| DATE | AGENCY | BATES NUMBER |
|---|---|---|
| 11/09/07 | FBI | IR00169 |
| 11/27/07 | FBI | IR00170 |
| 03/11/04 | FBI | IR00171 |
| 12/22/06 | FBI(GJS) | IR00183 |
| 10/28/02 | FBI | IR00184 |
| 09/25/06 | FBI(GJS) | IR00185 |
| 04/30/03 | DEA | IR00186 - 00187 |
| 05/30/02 | FBI | IR00188 |
| 09/17/02 | FBI | IR00227 - 00228 |
| 09/17/02 | FBI | IR00229 |
| 09/28/06 | FBI(GJS) | IR00232 |
| 05/07/07 | FBI(GJS) | IR00233 |
| 08/14/06 | FBI(GJS) | IR00234 |
| 09/20/02 | FBI | IR00236 |
| 12/29/02 | FBI | IR00237 |
| 11/27/06 | IRS | IR00248 |
| 09/13/07 | FBI | IR00265 |
| 03/09/02 | FBI | IR00267 - 00275 |
| 11/06/02 | DEA | IR00276 - 00278 |
| 01/14/03 | DEA | IR00279 |
| 01/13/03 | DEA | IR00280 - 00281 |
| 09/04/02 | DEA | IR00285 - 00286 |
| 01/10/03 | DEA | IR00287 - 00288 |
| 08/26/02 | DEA | IR00289 - 00294 |
| 09/11/02 | DEA | IR00295 - 00297 |
| 10/07/02 | DEA | IR00298 - 00299 |
| 10/11/02 | DEA | IR00300 - 00301 |
| 10/23/02 | DEA | IR00307 |
| 11/06/02 | DEA | IR00308 - 00309 |
| 01/23/03 | DEA | IR00310 - 00311 |
| 02/03/03 | DEA | IR00312 |
| 02/21/03 | DEA | IR00313 - 00322 |
| 07/28/03 | DEA | IR00323 - 00324 |
| 07/29/03 | DEA | IR00325 - 00326 |
| 07/30/03 | DEA | IR00327 - 00329 |
| 08/11/03 | DEA | IR00330 |
| 08/28/03 | DEA | IR00331 |
| 01/13/03 | DEA | IR00334 - 00335 |
| 09/16/02 | DEA | IR00336 |
| 09/13/07 | FBI | IR00363 |
| 07/29/03 | DEA | IR00364 - 00365 |
| 07/24/06 | FBI | IR00366 - 00367 |
| 06/26/07 | IRS | IR00381 - 00382 |

8/21/2009

U.S. v. MAURICE PHILLIPS
INTERVIEW REPORTS
Provided August 2009

| DATE | AGENCY | BATES NUMBER |
|------|--------|--------------|
| 09/06/02 | DEA | IR00383 - 00384 |
| 09/13/07 | FBI | IR00425 - 00465 |
| 09/26/06 | FBI | IR00474 - 00477 |
| 01/16/03 | DEA | IR00478 - 00479 |
| 04/15/04 | DEA | IR00480 - 00484 |
| 08/29/02 | DEA | IR00485 - 00490 |
| 09/04/02 | DEA | IR00491 - 00494 |
| 09/05/02 | DEA | IR00495 - 00496 |
| 07/24/06 | IRS | IR00497 - 00498 |
| 05/29/02 | FBI | IR00499 - 00505 |
| 05/30/02 | FBI | IR00506 |
| 06/25/02 | FBI | IR00507 |
| 09/13/07 | FBI | IR00512 |
| 09/13/07 | FBI | IR00513 - 00514 |
| 03/20/03 | FBI | IR00515 - 00516 |
| 02/02/01 | FBI | IR00517 |
| 06/12/01 | FBI | IR00518 |
| 07/17/01 | FBI | IR00519 |
| 07/24/01 | FBI | IR00520 |
| 09/17/01 | FBI | IR00521 |
| 11/28/01 | FBI | IR00522 |
| 11/30/01 | FBI | IR00523 |
| 03/25/02 | FBI | IR00524 |
| 04/22/02 | FBI | IR00525 |
| 05/18/02 | FBI | IR00526 |
| 05/22/02 | FBI | IR00527 |
| 06/28/01 | FBI | IR00528 |
| 02/14/06 | ICE | IR00529 - 00531 |
| 03/03/06 | ICE | IR00532 - 00539 |
| 03/27/06 | ICE | IR00540 - 00543 |
| 08/04/04 | IRS | IR00544 |
| 09/19/07 | FBI | IR00569 |
| 09/14/07 | FBI | IR00570 - 00571 |
| 03/15/04 | IRS | IR00573 - 00574 |
| 08/14/02 | FBI | IR00575 |
| 03/11/04 | FBI | IR00579 |
| 03/13/04 | FBI | IR00580 |
| 05/30/02 | FBI | IR00587 |
| 09/13/07 | FBI | IR00588 |
| 10/23/03 | DEA | IR00589 - 00590 |
| 02/06/03 | DEA | IR00591 - 00592 |
| 01/28/04 | DEA | IR00593 - 00597 |
| 02/18/03 | DEA | IR00598 |

8/21/2009

U.S. v. MAURICE PHILLIPS
INTERVIEW REPORTS
Provided August 2009

| DATE | AGENCY | BATES NUMBER |
|------|--------|--------------|
| 02/06/04 | DEA | IR00599 - 00603 |
| 09/13/07 | FBI | IR00608 |
| 06/05/02 | FBI | IR00614 |
| 03/12/01 | FBI | IR00619 |
| 09/18/07 | FBI | IR00620 |
| 09/17/07 | FBI | IR00621 |
| 03/17/04 | DEA | IR00635 - 00636 |
| 09/19/06 | FBI | IR00666 - 00667 |
| 09/13/07 | FBI | IR00669  - 00670 |
| 06/27/02 | FBI | IR00671 - 00672 |
| 09/13/07 | FBI | IR00673 - 00674 |
| 04/26/07 | IRS | IR00682 |
| 08/28/03 | DEA | IR00703 - 0074 |
| 06/19/02 | FBI | IR00738 - 00739 |
| 09/06/02 | FBI | IR00740 - 00741 |
| 05/20/03 | FBI | IR00748 |
| 08/14/02 | FBI | IR00749 - 00750 |
| 02/02/01 | DEA | IR00756 - 00766 |
| 03/07/01 | FBI | IR00774 - 00775 |
| 03/13/01 | FBI | IR00776 - 00777 |
| 04/10/01 | FBI | IR00778 |
| 04/26/01 | FBI | IR00779 |
| 05/14/01 | FBI | IR00780 |
| 05/25/01 | FBI | IR00781 |
| 05/25/01 | FBI | IR00782 |
| 06/09/01 | FBI | IR00783 |
| 06/25/01 | FBI | IR00784 |
| 07/02/01 | FBI | IR00785 |
| 07/27/01 | FBI | IR00786 |
| 08/14/01 | FBI | IR00787 |
| 08/19/01 | FBI | IR00788 |
| 08/20/01 | FBI | IR00789 - 00790 |
| 09/11/01 | FBI | IR00792 |
| 09/13/01 | FBI | IR00793 |
| 10/01/01 | FBI | IR00795 |
| 10/01/01 | FBI | IR00796 |
| 10/02/01 | FBI | IR00797 |
| 10/17/01 | FBI | IR00799 |
| 11/01/01 | FBI | IR00800 |
| 11/05/01 | FBI | IR00801 |
| 02/16/02 | FBI | IR00802 |
| 02/28/02 | FBI | IR00804 |
| 05/29/02 | FBI | IR00810 |

8/21/2009

U.S. v. MAURICE PHILLIPS
INTERVIEW REPORTS
Provided August 2009

| DATE | AGENCY | BATES NUMBER |
|------|--------|--------------|
| 11/08/02 | FBI | IR00829 |
| 02/03/03 | FBI | IR00832 |
| 02/19/03 | FBI | IR00834 |
| 04/10/03 | FBI | IR00836 |
| 12/02/04 | FBI | IR00837 |
| 11/09/05 | FBI | IR00838 |
| 07/12/06 | FBI | IR00840 |
| 10/17/06 | FBI | IR00841 |
| 03/04/08 | FBI | IR00845 |
| 01/17/03 | DEA | IR00852 |
| 07/28/03 | DEA | IR00855 - 00856 |
| 07/23/03 | DEA | IR00857 - 00859 |
| 06/26/01 | FBI | IR00860 - 00861 |
| 08/22/01 | IRS | IR00864 |
| 12/29/01 | FBI | IR00865 |
| 03/07/02 | FBI | IR00866 |
| 08/27/01 | FBI | IR00867 |
| 10/22/02 | DEA | IR00868 |
| 01/15/03 | DEA | IR00869 - 00871 |
| 04/17/03 | DEA | IR00874 - 00883 |
| 08/19/03 | DEA | IR00884 - 00886 |
| 07/29/02 | FBI | IR00903 - 00905 |
| 05/01/07 | FBI(GJS) | IR00906 |
| 09/26/06 | FBI | IR00907 |
| 05/22/02 | FBI | IR00908 |
| 01/29/08 | FBI | IR00913 - 00914 |
| 09/17/02 | FBI | IR00915 |
| 06/19/02 | FBI | IR00916 |
| 06/19/02 | FBI | IR00917 |
| 06/19/02 | FBI | IR00918 |
| 09/06/02 | FBI | IR00919 |
| 05/18/02 | FBI | IR00920 - 00925 |
| 03/26/04 | FBI | IR00929 - 00930 |
| 08/14/02 | FBI | IR00947 - 00948 |
| 08/14/02 | FBI | IR00949 |
| 12/19/06 | FBI(GJS) | IR00950 |
| 08/07/02 | FBI | IR00953 |
| 09/21/01 | FBI | IR00954 |
| 11/21/01 | FBI | IR00955 |
| 09/08/05 | FBI | IR00957 - 00961 |
| 11/06/01 | FBI | IR00962 |
| 04/20/03 | FBI | IR00963 |
| 01/11/07 | FBI | IR00965 |

8/21/2009

**U.S. v. MAURICE PHILLIPS**
**INTERVIEW REPORTS**
**Provided August 2009**

| DATE | AGENCY | BATES NUMBER |
|------|--------|--------------|
| 11/28/06 | IRS | IR00971 - 00972 |
| 09/20/02 | FBI | IR00973 - 00974 |
| 01/09/08 | FBI | IR00975 |
| 05/24/02 | FBI | IR00976 |
| 08/14/06 | FBI | IR00977 |
| 04/28/04 | FBI | IR00979 |
| 07/24/06 | FBI | IR00980 |



**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Linwood C. Wright, Jr.*
*Direct Dial: (215) 861-8512*
*Facsimile: (215) 861- 8618*
*E-mail Address:*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

November 10, 2009

Thomas R. Ashley, Esquire
50 Park Place
Suite 1400
Newark, NJ 07102

Carlos Martir, Esq.
118 N. State Street
Newtown, PA 18940

Paul George, Esquire
Patricia McKinney, Esquire
239 S. Camac Street
Philadelphia, PA 19107

> RE:    United States v. Maurice Phillips
>        Criminal No. 07-549

Dear Counsel:

As part of the continuing discovery in the above matter, enclosed is a disk containing the Interview Reports and Grand Jury Testimony listed on the attached indexes.

The total cost of this discovery amounts to $259.91. Your portion of the discovery costs is $86.63. Your check should be made payable to the U.S. Department of Justice and sent to our office at the above address.

All discovery material is provided for trial preparation and use at trial only. None of the material may be disclosed or displayed to any person for any other purpose.

Very truly yours,

MICHAEL L. LEVY
United States Attorney

Linwood C. Wright, Jr.
Maureen McCartney
Assistant United States Attorneys

enc.

November 10, 2009
Page 2

cc: w/o encl.
Jean Barrett, Esq.
Stephen Turano, Esq.

11/5/2009

**U.S. v. MAURICE PHILLIPS**
**INTERVIEW REPORTS**
**Provided November 2009**

| DATE | AGENCY | BATES NUMBER |
|------|--------|--------------|
| 06/15/05 | IRS | IR00002 |
| 09/21/07 | IRS | IR00020 - 00024 |
| 10/17/07 | FBI | IR00040 - 00043 |
| 11/02/07 | FBI | IR00044 - 00046 |
| 11/13/07 | IRS | IR00047 - 00052 |
| 02/09/09 | FBI | IR00058 - 00059 |
| 10/02/06 | IRS | IR00166 - 00168 |
| 07/21/06 | IRS | IR00172 - 00173 |
| 10/26/07 | FBI | IR00174 - 00177 |
| 11/16/07 | IRS | IR00178 - 00181 |
| 08/01/02 | IRS | IR00189 - 00196 |
| 09/25/07 | IRS | IR00222 - 00226 |
| 12/18/07 | FBI | IR00235 |
| 12/29/02 | FBI | IR00237 |
| 01/16/07 | FBI | IR00238 |
| 07/25/07 | IRS | IR00239 - 00240 |
| 09/26/07 | IRS | IR00241 - 00244 |
| 11/14/07 | IRS | IR00245 - 00247 |
| 12/20/02 | FBI | IR00249 - 00251 |
| 01/13/03 | DEA | IR00282 - 00284 |
| 10/17/02 | DEA | IR00302 - 00306 |
| 04/12/07 | FBI | IR00343 |
| 04/23/04 | DEA | IR00344 - 00350 |
| 04/14/04 | FBI | IR00351 - 00362 |
| 07/24/06 | FBI | IR00366 - 00367 |
| 02/22/06 | IRS | IR00368 - 00369 |
| 06/11/04 | FBI | IR00370 - 00731 |
| 02/02/01 | FBI | IR00372 - 00379 |
| 11/19/04 | FBI | IR00408 - 00412 |
| 05/09/06 | FBI | IR00413 - 00414 |
| 06/12/06 | FBI | IR00415 - 00417 |
| 10/09/07 | FBI | IR00466 - 00468 |
| 06/10/02 | FBI | IR00469 - 00470 |
| 08/19/02 | FBI | IR00471 - 00473 |
| 09/26/06 | FBI | IR00474 - 00477 |

11/5/2009

U.S. v. MAURICE PHILLIPS
INTERVIEW REPORTS
Provided November 2009

| DATE | AGENCY | BATES NUMBER |
|------|--------|--------------|
| 08/08/07 | FBI | IR00508 - 00509 |
| 04/02/07 | FBI | IR00510 - 00511 |
| 06/27/02 | IRS | IR00564 - 00568 |
| 08/14/02 | FBI | IR00575 |
| 08/08/07 | IRS | IR00585 - 00586 |
| 11/15/02 | FBI | IR00609 - 00612 |
| 09/20/06 | FBI | IR00613 |
| 03/11/04 | IRS | IR00622 - 00626 |
| 03/15/04 | DEA | IR00627 - 00630 |
| 03/15/04 | DEA | IR00631 - 00634 |
| 03/01/04 | DEA | IR00642 - 00643 |
| 03/31/04 | DEA | IR00644 - 00651 |
| 04/13/04 | DEA | IR00652 - 00656 |
| 12/01/04 | FBI | IR00660 - 00665 |
| 02/10/06 | ICE | IR00668 |
| 06/09/05 | IRS | IR00683 - 00687 |
| 02/19/08 | FBI | IR00699 - 00700 |
| 07/26/07 | FBI | IR00733 - 00734 |
| 06/19/03 | IRS | IR00742 - 00747 |
| 01/14/03 | DEA | IR00767 - 00768 |
| 10/05/00 | FBI | IR00771 - 00773 |
| 03/07/01 | FBI | IR00774 - 00775 |
| 09/19/01 | FBI | IR00794 |
| 05/03/02 | FBI | IR00806 -00809 |
| 06/17/02 | FBI | IR00811 |
| 06/25/02 | FBI | IR00812 - 00813 |
| 06/27/02 | FBI | IR00814 |
| 07/02/02 | FBI | IR00816 -00819 |
| 11/08/02 | FBI | IR00829 |
| 02/06/03 | FBI | IR00833 |
| 03/31/04 | IRS | IR00842 - 00844 |
| 12/21/05 | IRS | IR00899 - 00902 |
| 07/29/02 | FBI | IR00903 - 00905 |
| 05/18/02 | FBI | IR00926 - 00927 |
| 05/20/02 | FBI | IR00928 |
| 04/08/05 | IRS | IR00931 - 00933 |
| 04/18/05 | IRS | IR00934 - 00937 |
| 05/10/05 | IRS | IR00938 - 00940 |
| 11/21/05 | IRS | IR00941 - 00943 |

U.S. v. MAURICE PHILLIPS
INTERVIEW REPORTS
Provided November 2009

| DATE | AGENCY | BATES NUMBER |
|------|--------|--------------|
| 02/17/06 | IRS | IR00944 - 00946 |
| 07/24/06 | FBI | IR00980 |
| 08/30/02 | FBI | IR01143 - 01141 |
| 09/26/02 | FBI | IR01156 |
| 09/26/02 | FBI | IR01157 |
| 10/10/02 | FBI | IR01158 - 01159 |
| 10/20/02 | FBI | IR01160 |
| 10/20/02 | FBI | IR01161 |
| 10/21/02 | FBI | IR01162 - 01163 |
| 10/21/02 | FBI | IR01164 - 01165 |
| 11/05/02 | FBI | IR01166 |
| 11/19/02 | FBI | IR01171 |
| 11/29/02 | FBI | IR01173 |
| 11/29/02 | FBI | IR01174 |
| 11/29/02 | FBI | IR01175 |
| 12/06/02 | FBI | IR01176 |
| 12/23/02 | FBI | IR01177 |
| 12/25/02 | FBI | IR01178 |
| 12/30/02 | FBI | IR01179 - 01180 |
| 01/13/03 | FBI | IR01181 |
| 01/22/03 | FBI | IR01182 - 01183 |
| 01/22/03 | FBI | IR01184 |
| 01/22/03 | FBI | IR01185 |
| 01/31/03 | FBI | IR01188 |
| 02/21/03 | FBI | IR01189 |
| 03/05/03 | FBI | IR01190 |
| 03/05/03 | FBI | IR01191 |
| 03/07/03 | FBI | IR01192 |
| 03/12/03 | FBI | IR01193 |
| 03/21/03 | FBI | IR01194 |
| 04/11/03 | FBI | IR01195 |
| 07/09/04 | FBI | IR01205 |
| 07/28/04 | FBI | IR01207 |
| 08/06/04 | FBI | IR01208 |
| 08/13/04 | FBI | IR01209 |
| 09/17/04 | FBI | IR01210 |
| 09/17/04 | FBI | IR01211 |
| 09/18/04 | FBI | IR01212 |
| 09/18/04 | FBI | IR01213 |
| 11/15/04 | FBI | IR01223 |
| 11/15/04 | FBI | IR01225 |
| 11/15/04 | FBI | IR01226 |
| 11/17/04 | FBI | IR01228 |

11/5/2009

U.S. v. MAURICE PHILLIPS
INTERVIEW REPORTS
Provided November 2009

| DATE | AGENCY | BATES NUMBER |
|------|--------|--------------|
| 11/30/04 | FBI | IR01229 |
| 12/15/04 | FBI | IR01233 |
| 12/29/04 | FBI | IR01236 |
| 02/09/05 | FBI | IR01239 |
| 03/08/05 | FBI | IR01240 - 01241 |
| 03/08/05 | FBI | IR01242 |
| 04/08/05 | FBI | IR01246 |
| 04/08/05 | FBI | IR01247 |
| 04/11/05 | FBI | IR01248 |
| 04/11/05 | FBI | IR01249 |
| 04/12/05 | FBI | IR01250 |
| 04/13/05 | FBI | IR01251 |
| 05/10/05 | FBI | IR01252 |
| 06/23/05 | FBI | IR01253 |
| 06/23/05 | FBI | IR01254 - 01255 |
| 06/23/05 | FBI | IR01256 |
| 06/23/05 | FBI | IR01257 |
| 10/04/05 | FBI | IR01265 |
| 12/22/05 | FBI | IR01277 |
| 12/22/05 | FBI | IR01278 |
| 12/22/05 | FBI | IR01279 |
| 01/11/06 | FBI | IR01280 |
| 01/12/06 | FBI | IR01282 |
| 01/12/06 | FBI | IR01283 |
| 02/17/06 | FBI | IR01286 |
| 02/28/06 | FBI | IR01287 |
| 03/10/06 | FBI | IR01289 |
| 03/15/06 | FBI | IR01290 |
| 03/27/06 | FBI | IR01291 - 01292 |
| 03/27/06 | FBI | IR01293 |
| 04/05/06 | FBI | IR01294 |
| 04/11/06 | FBI | IR01295 |
| 06/08/06 | FBI | IR01298 |
| 08/23/06 | FBI | IR01309 |
| 10/24/06 | FBI | IR01314 |
| 01/04/07 | FBI | IR01317 |
| 01/04/07 | FBI | IR01318 |
| 01/16/07 | FBI | IR01319 |
| 02/02/07 | FBI | IR01321 - 01324 |
| 03/08/07 | FBI | IR01331 |
| 04/23/07 | FBI | IR01336 |
| 06/07/07 | FBI | IR01342 |
| 12/04/00 | FBI | IR01389 |

4

11/5/2009

U.S. v. MAURICE PHILLIPS
INTERVIEW REPORTS
Provided November 2009

| DATE | AGENCY | BATES NUMBER |
|------|--------|--------------|
| 02/06/02 | FBI | IR01390 |
| 06/12/02 | FBI | IR01391 |
| 11/11/02 | FBI | IR01392 |
| 07/28/03 | FBI | IR01393 - 01394 |
| 09/16/02 | FBI | IR01395 |
| 11/08/02 | FBI | IR01397 |
| 12/12/01 | FBI | IR01398 |

**U.S. v. Maurice Phillips**

**GRAND JURY TESTIMONY**

**Discovery -  November 2009**

| NAME | DATE |
|------|------|
| Copper, Ronald | 08/02/2006 |
| Cunningham, Chanell | 12/12/2007 |
| Downs, Kathy | 06/01/2005; 08/17/2005; 03/22//2006; 04/05/2006; 04/25/2007; 05/02/2007; 06/20/2007; 06/27/2007; 08/01/2007; 09/12/2007; 11/28/2007/ 12/12/2007; 01/09/2008 |
| Drake, Sharon (Baltimore) | 11/08/2007 |
| Etienne, Hudson | 04/18/2007 |
| Fowlkes, Evelyn (Baltimore) | 07/06/2006 |
| Gormley, Francis | 07/13/2005; 05/03/2006; 05/24/2006; 08/23/2006;  04/18/2007; 06/06/2007; 06/20/2007; 06/27/2007 |
| Grace, Debra | 10/11/2006 |
| Graham, Abdulah | 05/02/2007; 06/27/2007 |
| Gray, Gloria | 09/12/2007 |
| Gray, Herbert | 09/12/2007 |
| Hall, Harold | 04/25/2007 |
| Harris, Mark | 12/12/2007 |
| Jenkins, Kenneth | 06/20/2007 |
| McLeod, Scott | 09/12/2007; 01/23/2008 |
| McQueen, Rodderick | 05/02/2007; 06/20/2007 |
| Nardi, Febo | 08/01/2007 |
| Phillips, Brian | 05/24/2006 |
| Rammal, Rose | 05/24/2006 |

| **NAME** | **DATE** |
|---|---|
| Rammal, Mohammed | 05/24/2006 |
| Sanchez, Jose Alan Padilla | 05/04/2004 (S.D. TX) 08/17/2005 |
| Simpson, Charles | 09/12/2007 |
| Smith, Feanna Ward | 04/25/2007 |
| Smith, Lamont | 09/23/2003; 04/05/2006 |
| Stewart, Donya | 08/23/2006 |
| Terrell, M.B. | 07/20/2004 |

FD-502 (Rev. 10-6-95)

- 1 -

### FEDERAL BUREAU OF INVESTIGATION

Date of transcription    10/19/2000

      Source, who is not in a position to testify, provided the following information to Supervisory Special Agent (SSA) HENRY JAMES SWEENEY:

      Source advised of being familiar with a cocaine dealer known as "CRAIG" and knows him as CRAIG OLIVER.

      Source said OLIVER is receiving kilos of cocaine from GERALD THOMAS, also known as (aka) "Bubbie," and currently resides in the CEDARBROOK HILL APARTMENTS. Source said OLIVER has no telephone in the apartment, but utilizes his cellular phone (215)888-4331 and has beeper (215)838-4707.

      Source stated that OLIVER owns several motorcycles which he regularly races at the ATCO NEW JERSEY DRAG STRIP. Source added that OLIVER recently broke his hand and had to have pins inserted after a fight at ATCO RACE TRACK broke out over a gambling bet with respect to the races.

      Source stated that last Monday, September 25, 2000, at approximately 8:00 p.m., GERALD THOMAS went to OLIVER's apartment for the purpose of conducting a cocaine transaction. Source stated that THOMAS was driving a Nissan Maxima, white in color which he has been driving since the murder of "Shafeeq" (MANSUN ABDULLAH).

      Source stated that the Maxima is registered in a fictitious name, ROBERT BROWN, utilizing an address within the ABBOTTSFORD HOUSING PROJECTS in Philadelphia.

      Source stated that THOMAS continues to utilize cell phone (215)432-4727.

      Source stated that CRAIG OLIVER was partners in the cocaine business with MANSUN ABDULLAH, aka "Shafeeq," who was recently murdered.

      Source believes that LAMONT SMITH and a second individual known as "Boo" were responsible for "Shafeeq's" murder.

---

Investigation on    10/05/2000    at    PHILADELPHIA, PA.

File #                    245F-PH-82681 SUB D7 854    Date dictated    10/12/2000
    88A-PH-72918; 281F-PH-C88995 43
by    SSA HENRY JAMES SWEENEY:FKW

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

IR00771

FD-302a (Rev. 10-6-95)

 245F-PH-82681 SUB D; 88A-PH-72918; 281F-PH-C88995

Continuation of FD-302 of     SOURCE                         , On   10/5/2000    , Page    2

Source stated that "Shafeeq" had recently been robbed of approximately $40,000 in drug proceeds and somehow figured out that SMITH and "Boo" were responsible and had been telling people he was going to get them.  Source speculates that they got him first.

Source is also aware that LAMONT SMITH and "Boo" several years ago tried to do a home invasion robbery at the residence of CRAIG OLIVER's girlfriend in the Nicetown section of Philadelphia. After these individuals broke into the house, OLIVER's girlfriend, who was upstairs, jumped out a window and alerted police.  Source believes that SMITH and "Boo" were arrested for this robbery but after being released on bail, never showed up for trial and are currently fugitives.

Source stated that Wednesday a week ago, September 27, 2000, LAMONT SMITH was observed driving a 1996-1997 Infinity I30, gold in color, near his mother's residence, 3953 North Percy Street, Philadelphia, Pennsylvania (PA).  Source stated that SMITH is believed to be hiding out in New Jersey though frequently comes to his mother's house to either pick up or see his daughter. Source stated that SMITH was at this location at approximately 5:00 p.m.

Source further advised that KABONI SAVAGE had a falling out with LAMONT SMITH over an outstanding cocaine debt.  Source stated that SAVAGE has a child by a Spanish girl who has a member of her family that was the connection for SAVAGE and providing him and GERALD THOMAS with kilos of cocaine.

Source said that after SAVAGE was arrested for murder and incarcerated prior to his receiving bail, it was arranged for SMITH to get several kilos of cocaine from the Spanish supplier.  With SAVAGE in jail, SMITH refused to pay the mother of SAVAGE's child causing SAVAGE to lose this cocaine connection.  Source further advised that although SAVAGE is on home monitoring, he has set up a scam whereby the monitoring authority believes he works during the day which allows him out of the house until approximately 6:00 p.m.

### ADMINISTRATIVE

FBI telephone FOIMS reflects (215)888-4341 is subscribed to by ATO HENDERSON, 4960 North 7th Street, Philadelphia, PA. 19120.

FD-3U2a (Rev. 10-6-95)

████████████████  245F-PH-82681 SUB D; 88A-PH-72918; 281F-PH-C88995

Continuation of FD-302 of ___SOURCE___ , On _10/5/2000_ , Page _3_

    FBI telephone FOIMS reflects that (215)838-4707 is a pager leased from EXPRESS PAGING with the subscriber not yet obtained.

    FBI telephone FOIMS reflects that (215)432-4727 is subscribed to by GERALD THOMAS, 1702 South 54th Street, Philadelphia, PA.

    Contact with Philadelphia Homicide revealed MANSUN ABDULLAH, aka "Shafeeq," was murdered on Wednesday, September 6, 2000, at approximately 12:29 a.m.  The homicide report indicates that the PHPD responded to a vehicle fire on the highway at 4200 North Park Avenue, Philadelphia, PA., and upon arrival found a smoldering vehicle with the body of a black male lying across the front seat dead from multiple gunshot wounds.  The body was later identified as that of MANSUN ABDULLAH.

    CRAIG OLIVER mentioned above is identified as a B/M, DOB ████████ SSAN ██████████, PPN 706826, PA SID 191-56-62-1 and FBI #287304LA8.  OLIVER has prior arrests in the state of New Jersey for drug trafficking, as well as an arrest and conviction in Philadelphia for firearms violation.  NCIC reflects that OLIVER is currently wanted by the MERCER COUNTY, NEW JERSEY, SHERIFF's for Failure to Appear in a fraud matter.  This warrant was issued 12/10/99.  (Squad 2 will arrest).

    ATO HENDERSON is described as a B/M, DOB ██████████, SSAN ████████████ PA OLN 23873148, and address 4960 North 7th Street, Philadelphia, PA.  19120.  No arrest record could be located for HENDERSON.

    LAMONT SMITH is described as a B/M, DOB ████████ PPN 714955, PA SID 207-91-71-3 and FBI #572925PA1.  SMITH has numerous previous arrests beginning in 1991 for robbery, firearms violations, assaults, and receiving stolen property.  SMITH is currently wanted by the City of Philadelphia on a Bench Warrant for Failure to Appear.

    "Boo" mentioned above is believed to be identical ELLIOT CARTWRIGHT, B/M, DOB ████████, SSAN ████████████, PPN 747839, FBI #304959XA7.  CARTWRIGHT was the co-defendant of LAMONT SMITH in the robbery and firearms case for which they were originally arrested on 1/23/97.  NCIC reflects CARTWRIGHT is currently wanted with the date of the warrant listed as 5/13/98 for robbery.

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    03/09/2001

          Source, who is in a position to testify, provided the
following information:

          SADAM/BLACK's true name is LAMONT SMITH.  SMITH has a
brother who works for him in his drug organization, whom source
identified as STAN SMITH.  LAMONT SMITH has an apartment located in
center city Philadelphia near the clothespin building.  He also
maintained an apartment on City Line Avenue for a period of time,
which was occupied by OSIRUS JACKSON.  SMITH got rid of this
apartment after OSIRUS JACKSON was robbed of drugs and money.
LAMONT SMITH also maintains a residence in New Jersey.  Source
indicated that LAMONT SMITH drives a white Lincoln Navigator.
LAMONT SMITH has three connections for cocaine which he actively
utilizes.  SMITH's main runner is an individual identified by
source as JAZZY JEFF GRAY.  JAZZY JEFF has told source that JEFF
knows two of LAMONT SMITH's cocaine connections.  However, he does
not know the identity of the third.

          LAMONT SMITH, JAZZY JEFF GRAY, and OSIRUS JACKSON
regularly bag cocaine at a house located near 7th and Pike Streets
in Philadelphia.  Source indicated he could identify the house for
SA AULD, however, did not know the specific address.  Source also
stated that JAZZY JEFF is on 11 o'clock curfew.  LAMONT SMITH meets
with JAZZY JEFF on a nightly basis after JEFFREY GRAY returns home.
Source stated that GRAY's address is 1851 East Cornwall Street,
Philadelphia, PA.  LAMONT SMITH has a cell phone and is in regular
contact with JAZZY JEFF.  Source was with JEFFREY GRAY on one
occasion when GRAY received a telephone call from LAMONT SMITH.
Source was able to see that the area code was 267, however, could
not see any additional numbers.  LAMONT SMITH and JEFFREY GRAY are
in regular contact with each other.  GRAY has two cell telephone
numbers that he utilizes on a regular basis.  The first cell phone
number is 267-872-6981.  GRAY maintains a second cell phone that he
utilizes almost exclusively for his drug contacts, that telephone
number being 215-681-9666.  He also has beeper number 888-701-6659.

          JEFFREY GRAY told source that LAMONT SMITH made most of
his money through home invasions in Philadelphia.

---

Investigation on   03/07/2001   at   Chester, PA

File #                      245F-PH-66649; 434            Date dictated   03/07/2001
                            245F-PH-82681 (SUB D)-302

by   SA GREGORY J. AULD:mms

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

IR00774

FD-302a (Rev. 10-6-95)

245F-PH-66649;

Continuation of FD-302 of _____SOURCE_____ , On 03/07/2001 , Page 2

       FONNIE CALDWELL at one time was fronted a kilo of cocaine by LAMONT SMITH and JEFFREY GRAY.  This was shortly before CALDWELL went back to jail in January, 2001.  CALDWELL gave JEFFREY GRAY the $22,000 that he owed for the kilo of cocaine.  However, after learning that CALDWELL had been arrested and was going back to jail, JEFFREY GRAY never paid LAMONT SMITH.  GRAY believed that CALDWELL would not be getting out and kept the money.  CALDWELL apparently gave LAMONT SMITH $50,000 in jewelry, which included two Rolex watches to offset his outstanding debt.  However, LAMONT SMITH continues to refuse to front CALDWELL cocaine unless he can pay cash up front.

       DARIN MAJEED owed LAMONT SMITH $28,000 for cocaine. MAJEED was scheduled to meet JEFFREY GRAY on the Saturday night he was murdered in Chester and give him the money.  Source indicated that if DARIN MAJEED's cell phone contacts were checked shortly before he was murdered, this would indicate who the individual was that he met and obviously identify the killer.  Source believes that MAJEED was murdered in a drug ripoff.

FD-302 (Rev. 10-6-95)

- 1 -

# FEDERAL BUREAU OF INVESTIGATION

Date of transcription      04/24/2001

        Source, who is not in a position to testify, provided the following information to Supervisory Special Agent (SSA) HENRY JAMES SWEENEY:

        Source advised that the word on the street is that ELLIOTT CARTWRIGHT, also known as "Boo," has been hanging with LAMONT SMITH, aka "Mont," and "Sadam."

        Source also said that the individual known as "OSIRIS" (true name OSIRIS JACKSON) used to hang with LAMONT SMITH and is involved with him in the drug business.  Source stated that JACKSON's parents live near Old York Road on either Luzerne or Lycoming Streets.  Source also recalls that several summers ago, OSIRIS JACKSON, LAMONT SMITH and an individual known as SHAWN LNU (Last Name Unknown), were acting as a home invasion robbery crew and robbed some Dominicans.  Source stated that JACKSON, SMITH and SHAWN were armed and ran into the residence of some Dominican drug dealers who resided in the area of Pike and Luzerne Streets. Source believes that SHAWN is now incarcerated on a drug case, possibly a state drug case.

---

Investigation on    4/10/01            at    PHILADELPHIA, PA.

File #           245F-PH-82681-D; -415      Date dictated   4/17/01
245F-PH-82681-H - 148
by   SSA HENRY JAMES SWEENEY:FKW

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

IR00778

4