**EXHIBIT B**



**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Linwood C. Wright, Jr.*
*Direct Dial: (215) 861-8512*
*Facsimile: (215) 861- 8618*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

January 4, 2010

Thomas R. Ashley, Esquire
50 Park Place
Suite 1400
Newark, NJ 07102

Carlos Martir, Esquire
118 N. State Street
Newtown, PA 18940

Jean D. Barrett, Esquire
Ruhnke & Barrett
47 Park Street
Montclair, NJ 07042

Paul George, Esquire
McKinney & George
239 S. Camac Street
Philadelphia, PA 19107

      RE:    United States v. Maurice Phillips
              Criminal No. 07-549

Dear Counsel:

      As part of the continuing discovery in the above matter enclosed are the following items:

      1. A disk containing the criminal histories of the individuals identified on the attached sheet. Also included on this disk are the Guilty Plea Agreements for Marco Camacho, Chanel Cunningham, Mark Harris, Tyrece Lawrence, Samuel McQueen, Theophus Orr, Ramon Alvear, and Sherman Kemp.

      2. A copy of the Guilty Plea Agreement for Bryant Phillips filed in the Eastern District of Pennsylvania;

      3. A copy of the Guilty Plea Agreement and Cooperation Agreement for Lamont Smith filed in the District of New Jersey, and a copy of the Guilty Plea Agreements for Lamont Smith filed in the Eastern District of Pennsylvania;

      4. FBI 302 reflecting the receipt by the FBI of photographs recovered at 7900 Louise Lane from Montgomery County Detective Richard Neilsen;

*Hand delivered 1-4-2010*

January 4, 2010
Page 2

    5.  FBI 302 reflecting the receipt by the FBI of the TX Department of Public Safety log reflecting a vehicle search involving Marco Camacho on 7/25/2003.

    All discovery material is provided for trial preparation and use at trial only.  None of the material may be disclosed or displayed to any person for any other purpose.

        Very truly yours,

        MICHAEL L. LEVY
        United States Attorney


        Linwood C. Wright, Jr.
        Assistant United States Attorney

cc:
Stephen Turano, Esq.

U.S. v. Maurice Phillips
LIST OF CRIMINAL HISTORIES

ALVEAR, Ramon
CAMACHO, Marco
CARSON, Rodney
CORPREW, Evelyn
CUNNINGHAM, Chanel
ELLIS, Michelle
ETIENNE, Hudson
FOREMAN, Kevin
FOWLKES, Evelyn
GARCIA, David
GRACE, Deborah
GRAHAM, Abdullah
HALL, Harold
HARRIS, Mark
JENKINS, Kenny
LANCASTER, Terrence
LAWRENCE, Tyrece
McQUEEN, Roderick
McQUEEN, Samuel
ORR, Theophus
PHILLIPS, Bryant
PINDER, Ronald
RAMMAL, Mohammad
SANCHEZ, Jose
SEASE, John
SIMPSON, Charles
SMITH, Lamont
SMITH, Terry
STEWART, Donya
TERRELL, M.B.
WARD, Feanna
WILLIAMS, Charles

**Received Time:**        Oct 15, 2009 15:04:07      **Source ORI:**        INNCIC000
**Summary:**        QWI: NAM=SMITH,LAMONT PUR=C RNM=SA MCLEOD
▫**View Message Details**

**1N01MSG0003057**
**MSNGR**
**NO NCIC WANT SOC/**▮▮▮▮▮▮
**NO NCIC WANT NAM/SMITH,LAMONT DOB/**▮▮▮▮▮▮**RAC/U SEX/M**
***MESSAGE KEY QWI SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.**

**MRI: 3058 IN: MSNGR 12047 AT 15OCT2009 15:04:06**
**OUT: M406PA2300 67 AT 15OCT2009 15:04:07**

CH00176

Oct 15, 2009 3:12:59 PM                    Printed By: G408JSHE from: M408PA2300

Received Time:        Oct 15, 2009 15:04:07      Source ORI:        INNCIC000
Summary:              QWI: NAM=SMITH,LAMONT PUR=C RNM=SA MCLEOD
ⁿView Message Details

1N01MSG0003057
MSNGR
THIS NCIC INTERSTATE IDENTIFICATION INDEX MULTIPLE RESPONSE IS THE
RESULT OF YOUR INQUIRY ON NAM/SMITH,LAMONT SEX/M RAC/U DOB/██████████
  SOC/██████████ PUR/C
NAME                              FBI NO.          INQUIRY DATE
SMITH,LAMONT                      572925PA1        2009/10/15

SEX RACE BIRTH DATE  HEIGHT WEIGHT EYES HAIR PHOTO
M   B   ██████████   509    185    BRO  BLK  Y

BIRTH PLACE
PENNSYLVANIA

FINGERPRINT CLASS       PATTERN CLASS
PO 14 14 19 PO          WU RS RS RS WU WU LS LS LS LS
DI 15 16 14 18             WU    WU       WU       WU


ALIAS NAMES
BROWN,MICHAEL                GORDON,SAMUEL
LAMONT,SMITH                 SMITH,LAMOUNT
THOMAS,STEVEN                WATSON,DAVID B

OTHER
BIRTH DATES SOCIAL SECURITY
██████████████████████


IDENTIFICATION DATA UPDATED 2007/11/15

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
  NEW JERSEY       - STATE ID/NJ787311C
  PENNSYLVANIA     - STATE ID/PA20791713
  FBI              - FBI/572925PA1

END - 1ST NCIC III RECORD FOR MULTIPLE RESPONSE

NAME                              FBI NO.          INQUIRY DATE
BICKERSTAFF,LAMAR CHAPPELL        43722NA5         2009/10/15

SEX RACE BIRTH DATE  HEIGHT WEIGHT EYES HAIR PHOTO
M   B   ██████████   506    160    BRO  BLK  N

BIRTH PLACE
TENNESSEE

FINGERPRINT CLASS       PATTERN CLASS
06 63 PI PM PO          RS LS WU WU WU AU WU WU WU WU
AA PI PI PM PI          AU WU       RS       LS
                        WU

ALIAS NAMES
BICKERSTAFF,CHAPPLE             BICKERSTAFF,LAMAR
BICKERSTAFF,LAMAR CHAPPLE       BICKERSTAFF,LAMON
BICKERSTAFF,LAMONT             BICKERSTAFF,LAMONT C
BICKERSTAFF,LAMONT CHAPPELL    BICKERSTAFF,LAMONT CHAPPLE
BICKERSTAFF,MONT               BRICKSTAFF,LAMONT
                    Page 1 of 2

CH00177

Oct 15, 2009 3:12:59 PM                        Printed By: G406JSHE from: M406PA2300
BRICKSTAFF,LAMONT CHEPPLE          LAMAR,CHAPPLE
SMITH,LAMONT                        SMITH,LAMONT CURTIS


OTHER           SCARS-MARKS-
BIRTH DATES     TATTOOS            SOCIAL SECURITY
███████████     SC CHEST          ███████████████


IDENTIFICATION DATA UPDATED 2001/07/27

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
    FBI           - FBI/43722NA5

END - LAST NCIC III RECORD FOR MULTIPLE RESPONSE

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.

END

MRI: 3060 IN: MSNGR 12049 AT 15OCT2009 15:04:07
OUT: M406PA2300 68 AT 15OCT2009 15:04:07

CH00178

Received Time:        Oct 15, 2009 15:04:21    Source ORI:        WVFBINF00
Summary:              QR: PUR=C FBI=572925PA1
◻View Message Details


CR.WVFBINF00
12:13 10/15/2009 23746
12:13 10/15/2009 04719 PAIRS2300,MSNGR
*MSG0003070
TXT
HDR/2L01MRI5535805
ATN/SA MCLEOD
********************** CRIMINAL HISTORY RECORD **********************
Data As Of         2009-10-15
************************ Introduction ***************************
This rap sheet was produced in response to the following request:
FBI Number          572925PA1
Request Id          MRI5535805
Purpose Code        C
Attention           SA MCLEOD
The information in this rap sheet is subject to the following caveats:
This record is based only on the FBI number in your request-572925PA1.
Because additions or deletions may be made at any time, a new copy
should be requested when needed for subsequent use. (US; 2009-10-15)
All arrest entries contained in this FBI record are based on
fingerprint comparisons and pertain to the same individual. (US;
2009-10-15)
The use of this record is regulated by law. It is provided for official
use only and may be used only for the purpose requested. (US;
2009-10-15)
*************************** IDENTIFICATION ***************************
Subject Name(s)
SMITH, LAMONT
GORDON, SAMUEL   (AKA)
LAMONT, SMITH    (AKA)
SMITH, LAMOUNT   (AKA)
BROWN, MICHAEL   (AKA)
THOMAS, STEVEN   (AKA)
WATSON, DAVID B  (AKA)
Subject Description
FBI Number          State Id Number
572925PA1           PA20791713 (PA)
                    NJ787311C (NJ)

Social Security Number
██████████

Sex                 Race
Male                Black
Height              Weight              Date of Birth
5'09"               185                 ██████████

Hair Color          Eye Color           Fingerprint Pattern
Black               Brown               PO141419PODI15161418 (FPC)
        PO141419PODI15161418 (FPC)

Place of Birth      Citizenship
PA                  US
Fingerprint Images
Photo Images
Photo Image Available      FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
Available Image            Other
(No Photo Image Transmitted
Comment:FBI has three photos associated with
                    arrest date of 2007/11/15)
                  Page 1 of 3

CH00179

Oct 15, 2009 3:13:12 PM                Printed By: G406JSHE from: M406PA2300
*************************  CRIMINAL HISTORY  *************************
===================== Cycle 001 =====================
Earliest Event Date      2002-07-31
-----------------------------------------------------------------------
Arrest Date              2002-07-31
Arrest Case Number       PASID20791713
Arresting Agency         PAD0S0000
Subject's Name           SMITH,LAMOUNT
Charge                   01
        Charge Literal   18 USC 1028 (&)(4)(2) POSS OF FALSE ID DOCUMENT
              Agency     PAD0S0000 DEPARTMENT OF STATE PHILADELPHIA
              Severity   Unknown
-----------------------------------------------------------------------
Court Disposition        (Cycle 001)
Court Agency             Unknown
Charge                   01
        Charge Literal   18 USC 1028(A)(4)
              Severity   Unknown
              Disposition (Unknown 2004-03-03, 2/27/04 PLEAD GUILTY
                         SENTENCED TO 2 YRS PROBATION AND $1,000 FINE
                         AND $100 SPECIAL AND 2 MOS HOME CONFINEMENT)

-----------------------------------------------------------------------
Corrections              (Cycle 001)
Corrections Agency       US PROBATION CAMDEN
     Date in Custody     2004-02-27
     Correction Action   STATUS--PROBATION
===================== Cycle 002 =====================
Earliest Event Date      2007-11-15
-----------------------------------------------------------------------
Arrest Date              2007-11-15
Arrest Case Number
Arresting Agency         PAFBIPH00
Charge                   01
        Charge Literal   CONSPIRACY TO DISTRIBUTE COCAINE
              Agency     PAFBIPH00 FBI PHILADELPHIA
              Severity   Unknown
Charge                   02
        Charge Literal   INCOME TAX EVASION
              Agency     PAFBIPH00 FBI PHILADELPHIA
              Severity   Unknown
Charge                   03
        Charge Literal   MONEY LAUNDERING
              Agency     PAFBIPH00 FBI PHILADELPHIA
              Severity   Unknown
Charge                   04
        Charge Literal   LOAN FRAUD
              Agency     PAFBIPH00 FBI PHILADELPHIA
              Severity   Unknown
*************************  INDEX OF AGENCIES  *************************
Agency                   FBI-CJIS DIV-CLRKSBG CLARKSBURG; WVFBINF00;
Address

                         1000 CUSTER HOLLOW RD
                         CLARKSBURG, WV 26306
-----------------------------------------------------------------------
Agency                   DEPARTMENT OF STATE PHILADELPHIA; PAD0S0000;
Address

                         ROOM 3218 600 ARCH ST
                         PHILADELPHIA, PA 191061611
-----------------------------------------------------------------------
Agency                   US PROBATION CAMDEN; NJ004017G;
Address

                         401 MARKET ST,1ST FL PO BOX 3497
                         CAMDEN, NJ 081013497
-----------------------------------------------------------------------

CH00180

Oct 15, 2009 3:13:12 PM                    Printed By: G406JSHE from: M406PA2300
Agency                     FBI PHILADELPHIA; PAFBIPH00;
Address

                           FEDERAL BLDG 8TH FL 600 ARCH ST
                           PHILADELPHIA, PA 191061611
* * * END OF RECORD * * *
MRI: 3073 IN: MSNGR 12058 AT 15OCT2009 15:04:21
OUT: M406PA2300.70 AT 15OCT2009 15:04:21

CH00181

Oct 15, 2009 3:13:15 PM                    Printed By: G406JSHE from: M406PA2300

Received Time:            Oct 15, 2009 15:04:22    Source ORI:        NJIII0000
Summary:                  QR: PUR=C FBI=572925PA1
°View Message Details

CR.NJIII0000
12:13 10/15/2009 53961
12:13 10/15/2009 04720 PAIRS2300,MSNGR
*MSG0003070
TXT.
HDR/2L01MRI5535805.
ATN/SA MCLEOD
THIS RECORD IS BASED ON THE SID NUMBER IN YOUR REQUEST-SID/NJ787311C
           NEW JERSEY CRIMINAL HISTORY DETAILED RECORD
USE OF THIS RECORD IS GOVERNED BY FEDERAL AND STATE REGULATIONS.
UNLESS FINGERPRINTS ACCOMPANIED YOUR INQUIRY, THE STATE BUREAU OF
IDENTIFICATION CANNOT GUARANTEE THIS RECORD RELATES TO THE PERSON WHO IS
THE SUBJECT OF YOUR REQUEST. USE OF THIS RECORD SHALL BE LIMITED SOLELY TO
THE AUTHORIZED PURPOSE FOR WHICH IT WAS GIVEN AND IT SHALL NOT BE
DISSEMINATED TO ANY UNAUTHORIZED PERSONS. TO ELIMINATE A POSSIBLE
DISSEMINATION VIOLATION, AND TO COMPLY WITH FUTURE EXPUNGEMENT ORDERS,
THIS RECORD SHALL BE DESTROYED *IMMEDIATELY* AFTER IT HAS SERVED ITS
INTENDED AND AUTHORIZED PURPOSES. ANY PERSON VIOLATING FEDERAL OR STATE
REGULATIONS GOVERNING ACCESS TO CRIMINAL HISTORY RECORD INFORMATION
MAY BE SUBJECT TO CRIMINAL AND/OR CIVIL PENALTIES. THIS RECORD IS
CERTIFIED AS A TRUE COPY OF THE CRIMINAL HISTORY RECORD INFORMATION
ON FILE FOR THE ASSIGNED STATE IDENTIFICATION NUMBER.
STATE ID.NO. 787311C      FBI NO. 572925PA1   DATE REQUESTED. 10/15/2009
NAME: LAMONT, SMITH
SEX   RACE  BIRTH DATE   HEIGHT   WEIGHT   EYES   HAIR   BIRTH PLACE
M     B     ███████      509      190      BRO    BLK    PA

RECEIVING AGENCY: PAIRS2300  U.S. CITIZEN: YES
FPC:                         AFIS NO:                    III: MULTI STATE
                                                         DNA AVAILABLE: NO

ALIAS NAMES/OTHER BIRTH DATES
SMITH, LAMONT                                  09/07/1972
SOCIAL SECURITY NUMBERS
████████

LAST REPORTED ADDRESS/DATE : 07/24/2007
3953      N PERCY ST          PHILADELPHIA      PA 19140
******************** ARREST 001 ********************************
ARRESTED 05/18/2002   AGENCY CASE NO: 0219351
     AGENCY: NJ0041500   GLOUCESTER TOWNSHIP PD          CAMDEN
NAME USED: LAMONT, SMITH          DOB USED: ████████
OFFENSE DATE: 05/18/2002
     001 CNT: 2A:160-10        FUGITIVE FROM JUSTICE
SUMMONS/WARRANT                   PROMIS/GAVEL NO: CAM02006630-001
NO: W 20020011180415              DISPOSITION DATE: 05/27/2002
AGENCY: NJ004281J                 GLOUCESTER TWP MUN CT
DISPOSITION: DISMISSED
001 CNT: 2A:160-10        DEG: 0        FUGITIVE FROM JUSTICE
********************* ARREST 002  DOMESTIC VIOLENCE      *******
ARRESTED 07/24/2007   AGENCY CASE NO: A2007-0603
     AGENCY: NJ0031000   DELRAN TWP PD DELRAN             BURLINGTON
NAME USED: SMITH, LAMONT          DOB USED: ████████
OFFENSE DATE: 07/24/2007
     001 CNT  2C:12-1A(1)        SIMPLE ASSAULT
**************************************************************
DEPARTMENT OF CORRECTIONS DATA NOT FOUND FOR THIS SID NUMBER
**************************************************************
     CRIMINAL HISTORY DIVERSION PROGRAM AND FELONY CONVICTION SUMMARY
                PRE-TRIAL INTERVENTION: 000
                CONDITIONAL DISCHARGE: 000
                        Page 1 of 2

CH00182

Oct 15, 2009 3:13:15 PM                    Printed By: G406JSHE from: M406PA2300

FELONY CONVICTIONS:          000
VIOLATION OF PROBATION: 000
COURT DISPOSITION INFORMATION CONTAINED IN THIS RECORD IS REPORTED
ELECTRONICALLY FROM THE SENTENCING COURT. QUESTIONS CONCERNING DISPOSITION
INFORMATION SHOULD BE DIRECTED TO THE MUNICIPAL OR SUPERIOR COURT LISTED ON
THE RECORD. INFORMATION REGARDING CORRECTIONS TO THIS RECORD MAY BE DIRECTED
TO THE SBI AT (609)882-2000, EXTENSION 2369, 2457, OR 2886.
                     END OF CCH RECORD

END OF RECORD
MRI: 3075 IN: MSNGR 12060 AT 15OCT2009 15:04:21
OUT: M406PA2300 71 AT 15OCT2009 15:04:22

CH00183

Oct 15, 2009 3:13:23 PM                    Printed By: G406JSHE from: M406PA2300

Received Time:          Oct 15, 2009 15:04:30.   Source ORI:        PAIII0000
Summary:                QR: PUR=C FBI=572925PA1
□View Message Details


CR.PAIII0000
12:13 10/15/2009 25973
12:13 10/15/2009 04724 PAIRS2300,MSNGR
*MSG0003070
TXT
HDR/2L01MRI5535805
ATN/SA MCLEOD
********************* CRIMINAL HISTORY RECORD **********************
Data As Of              2009-10-15
************************** Introduction ****************************
This rap sheet was produced in response to the following request:
Subject Name(s)         SMITH,LAMONT
State Id Number         207-91-71-3 (PA)
Purpose Code            C
Attention               SA MCLEOD
The information in this rap sheet is subject to the following caveats:
USE OF THE FOLLOWING CRIMINAL HISTORY RECORD *** SID 207-91-71-3 ***
REGULATED BY ACT 47, AS AMENDED. (PA)
************************** IDENTIFICATION **************************
Subject Name(s)
SMITH, LAMONT
GORDON, SAMUEL    (AKA)
SMITH, LAMONT    (AKA)
Subject Description
FBI Number              State Id Number
572925PA1               207-91-71-3 (PA)
Social Security Number

Sex                     Race
Male                    Black
Height                  Weight                  Date of Birth
5'10" (1992-03-27)      180 (1992-03-27)        ███████████

Hair Color              Eye Color
Bald (1992-03-27)       Brown (1992-03-27)
                        Citizenship


************************ CRIMINAL HISTORY **************************
============================= Cycle 001 ===========================
Tracking Number         M497607-5
Earliest Event Date     1991-09-04
------------------------------------------------------------------
Arrest Date             1991-09-04
Arrest Case Number      C714955
Arresting Agency        PAPEP0000 PHILADELPHIA
Subject's Name          SMITH, LAMONT
Charge                  1
          Charge Number 1
Charge Tracking Number  M497607-5
       Charge Literal   ROBBERY
            Statute     ROBBERY (CC3701A1; Pennsylvania)
   State Offense Code   CC3701A1
            Counts      3
          Severity      Felony
         Disposition    (Acquitted 1995-12-01; FOUND NOT GUILTY)
Charge                  4
          Charge Number 4
Charge Tracking Number  M497607-5
       Charge Literal   THEFT BY UNLWF TAKING OR DISPO
                        Page 1 of 8

                                                                    CH00184

Oct 15, 2009 3:13:23 PM                          Printed By: G408JSHE from: M408PA2300

| | |
|---|---|
| Statute | THEFT BY UNLWF TAKING OR DISPO (CC3921A, Pennsylvania) |
| State Offense Code | CC3921A |
| Counts | 2 |
| Severity | Unknown |
| Disposition | (Acquitted 1995-12-01; FOUND NOT GUILTY) |
| Charge | 6 |
| Charge Number | 6 |
| Charge Tracking Number | M497607-5 |
| Charge Literal | RECEIVING STOLEN PROPERTY |
| Statute | RECEIVING STOLEN PROPERTY (CC3925A, Pennsylvania) |
| State Offense Code | CC3925A |
| Counts | 2 |
| Severity | Unknown |
| Disposition | (Acquitted 1995-12-01; FOUND NOT GUILTY) |
| Charge | 8 |
| Charge Number | 8 |
| Charge Tracking Number | M497607-5 |
| Charge Literal | BURGLARY |
| Statute | BURGLARY (CC3502A; Pennsylvania) |
| State Offense Code | CC3502A |
| Counts | 1 |
| Severity | Felony |
| Disposition | (Acquitted 1995-12-01; FOUND NOT GUILTY) |
| Charge | 9 |
| Charge Number | 9 |
| Charge Tracking Number | M497607-5 |
| Charge Literal | CRIMINAL TRESPASS |
| Statute | CRIMINAL TRESPASS (CC3503; Pennsylvania) |
| State Offense Code | CC3503 |
| Counts | 1 |
| Severity | Unknown |
| Disposition | (Unknown 1995-12-01; DISPOSITION UNREPORTED) |
| Charge | 10 |
| Charge Number | 10 |
| Charge Tracking Number | M497607-5 |
| Charge Literal | FIREARM CARRIED W/O A LICENSE |
| Statute | FIREARM CARRIED W/O A LICENSE (CC6106, Pennsylvania) |
| State Offense Code | CC6106 |
| Counts | 2 |
| Severity | Misdemeanor |
| Disposition | (Acquitted 1995-12-01; FOUND NOT GUILTY) |
| Charge | 12 |
| Charge Number | 12 |
| Charge Tracking Number | M497607-5 |
| Charge Literal | CARRYING FIREARMS IN PHILA |
| Statute | CARRYING FIREARMS IN PHILA (CC6108; Pennsylvania) |
| State Offense Code | CC6108 |
| Counts | 1 |
| Severity | Misdemeanor |
| Disposition | (Acquitted 1995-12-01; FOUND NOT GUILTY) |
| Charge | 13 |
| Charge Number | 13 |
| Charge Tracking Number | M497607-5 |
| Charge Literal | POSSESSING INSTRUMENT OF CRIME |
| Statute | POSSESSING INSTRUMENT OF CRIME (CC907A, Pennsylvania) |
| State Offense Code | CC907A |
| Counts | 1 |
| Severity | Misdemeanor |
| Disposition | (Acquitted 1995-12-01; FOUND NOT GUILTY) |

CH00185

Oct 15, 2009 3:13:23 PM                    Printed By: G408JSHE from: M408PA2300

```
Charge                        14
          Charge Number        14
Charge Tracking Number         M497607-5
         Charge Literal        SIMPLE ASSAULT
               Statute         SIMPLE ASSAULT (CC2701A; Pennsylvania)
     State Offense Code        CC2701A
                Counts         3
              Severity         Unknown
           Disposition         (Acquitted 1995-12-01; FOUND NOT GUILTY)
Charge                        17
          Charge Number        17
Charge Tracking Number         M497607-5
         Charge Literal        TERRORISTIC THREATS
               Statute         TERRORISTIC THREATS (CC2706; Pennsylvania)
     State Offense Code        CC2706
                Counts         3
              Severity         Misdemeanor
           Disposition         (Acquitted 1995-12-01; FOUND NOT GUILTY)
Charge                        20
          Charge Number        20
Charge Tracking Number         M497607-5
         Charge Literal        RECKLESSLY ENDANGERING
               Statute         RECKLESSLY ENDANGERING (CC2705; Pennsylvania)
     State Offense Code        CC2705
                Counts         3
              Severity         Misdemeanor
           Disposition         (Acquitted 1995-12-01; FOUND NOT GUILTY)
Charge                        23
          Charge Number        23
Charge Tracking Number         M497607-5
         Charge Literal        CRIMINAL CONSPIRACY
               Statute         CRIMINAL CONSPIRACY (CC903; Pennsylvania)
     State Offense Code        CC903
                Counts         1
              Severity         Unknown
           Disposition         (Unknown 1995-12-01; DISPOSITION UNREPORTED)
Charge                        24
          Charge Number        24
Charge Tracking Number         M497607-5
         Charge Literal        POSSESSING INSTRUMENT OF CRIME
               Statute         POSSESSING INSTRUMENT OF CRIME (CC907B;
                               Pennsylvania)
     State Offense Code        CC907B
                Counts         1
              Severity         Misdemeanor
           Disposition         (Acquitted 1995-12-01; FOUND NOT GUILTY)
Charge                        25
          Charge Number        25
Charge Tracking Number         M497607-5
         Charge Literal        THEFT BY UNLWF TAKING OR DISPO
               Statute         THEFT BY UNLWF TAKING OR DISPO (CC3921A;
                               Pennsylvania)
     State Offense Code        CC3921A
                Counts         1
              Severity         Unknown
           Disposition         (Acquitted 1995-12-01; FOUND NOT GUILTY)
=========================== Cycle 002 ===========================
Tracking Number                M635480-6
Earliest Event Date            1994-12-06
----------------------------------------------------------------
Arrest Date                    1994-12-06
Arrest Case Number             C714955
Arresting Agency               PAPEP0000 PHILADELPHIA
Subject's Name                 GORDON, SAMUEL
```

CH00186

Oct 15, 2009 3:13:23 PM                    Printed By: G406JSHE from: M406PA2300

```
Charge                      1
            Charge Number   1
Charge Tracking Number      M635480-6
          Charge Literal    FIREARM CARRIED W/O A LICENSE
                Statute     FIREARM CARRIED W/O A LICENSE (CC6106;
                            Pennsylvania)
      State Offense Code    CC6106
                Counts      1
                Severity    Misdemeanor
              Disposition   (Unknown ; DISPOSITION UNREPORTED)
Charge                      2
            Charge Number   2
Charge Tracking Number      M635480-6
          Charge Literal    CARRYING FIREARMS IN PHILA
                Statute     CARRYING FIREARMS IN PHILA (CC6108;
                            Pennsylvania)
      State Offense Code    CC6108
                Counts      1
                Severity    Misdemeanor
              Disposition   (Unknown ; DISPOSITION UNREPORTED)
```

=========================== Cycle 003 ===========================

```
Tracking Number            M653747-3
Earliest Event Date        1995-05-09
```
------------------------------------------------------------------
```
Arrest Date                1995-05-09
Arrest Case Number         C714955
Arresting Agency           PAPEP0000 PHILADELPHIA
Subject's Name             SMITH, LAMONT
Charge                     1
            Charge Number  1
Charge Tracking Number     M653747-3
          Charge Literal   POSSESSING INSTRUMENT OF CRIME
                Statute    POSSESSING INSTRUMENT OF CRIME (CC907;
                           Pennsylvania)
      State Offense Code   CC907
                Counts     1
                Severity   Misdemeanor
              Disposition  (Unknown 1995-09-12; DISPOSITION UNREPORTED)
Charge                     2
            Charge Number  2
Charge Tracking Number     M653747-3
          Charge Literal   SIMPLE ASSAULT
                Statute    SIMPLE ASSAULT (CC2701; Pennsylvania)
      State Offense Code   CC2701
                Counts     1
                Severity   Unknown
              Disposition  (Unknown 1995-09-12; DISPOSITION UNREPORTED)
Charge                     3
            Charge Number  3
Charge Tracking Number     M653747-3
          Charge Literal   RECKLESSLY ENDANGERING
                Statute    RECKLESSLY ENDANGERING (CC2705; Pennsylvania)
      State Offense Code   CC2705
                Counts     1
                Severity   Misdemeanor
              Disposition  (Unknown 1995-09-12; DISPOSITION UNREPORTED)
Charge                     4
            Charge Number  4
Charge Tracking Number     M653747-3
          Charge Literal   TERRORISTIC THREATS
                Statute    TERRORISTIC THREATS (CC2706; Pennsylvania)
      State Offense Code   CC2706
                Counts     1
                Severity   Misdemeanor
```

CH00187

```
                    Disposition  (Unknown 1995-09-12; DISPOSITION UNREPORTED)
Charge                           5
            Charge Number        5
Charge Tracking Number           M653747-3
            Charge Literal       ROBBERY
                    Statute      ROBBERY (CC3701; Pennsylvania)
        State Offense Code       CC3701
                    Counts       1
                    Severity     Unknown
                    Disposition  (Unknown 1995-09-12; DISPOSITION UNREPORTED)
Charge                           6
            Charge Number        6
Charge Tracking Number           M653747-3
            Charge Literal       THEFT BY UNLWF TAKING OR DISPO
                    Statute      THEFT BY UNLWF TAKING OR DISPO (CC3921;
                                 Pennsylvania)
        State Offense Code       CC3921
                    Counts       1
                    Severity     Unknown
                    Disposition  (Unknown 1995-09-12; DISPOSITION UNREPORTED)
Charge                           7
            Charge Number        7
Charge Tracking Number           M653747-3
            Charge Literal       RECEIVING STOLEN PROPERTY
                    Statute      RECEIVING STOLEN PROPERTY (CC3925; Pennsylvania)
        State Offense Code       CC3925
                    Counts       1
                    Severity     Unknown
                    Disposition  (Unknown 1995-09-12; DISPOSITION UNREPORTED)
Charge                           8
            Charge Number        8
Charge Tracking Number           M653747-3
            Charge Literal       FIREARM CARRIED W/O A LICENSE
                    Statute      FIREARM CARRIED W/O A LICENSE (CC6106;
                                 Pennsylvania)
        State Offense Code       CC6106
                    Counts       1
                    Severity     Misdemeanor
                    Disposition  (Acquitted 1995-09-12; QUASHED/ DISMISSED/
                                 DEMURRER SUSTAINED)
Charge                           9
            Charge Number        9
Charge Tracking Number           M653747-3
            Charge Literal       CARRYING FIREARMS IN PHILA
                    Statute      CARRYING FIREARMS IN PHILA (CC6108;
                                 Pennsylvania)
        State Offense Code       CC6108
                    Counts       1
                    Severity     Misdemeanor
                    Disposition  (Acquitted 1995-09-12; QUASHED/ DISMISSED/
                                 DEMURRER SUSTAINED)
============================= Cycle 004 =============================
Tracking Number                  M729150-2
Earliest Event Date              1996-12-19
-------------------------------------------------------------------
Arrest Date                      1996-12-19
Arrest Case Number               C714955
Arresting Agency                 PAPEP0000 PHILADELPHIA
Subject's Name                   SMITH, LAMONT
Charge                           1
            Charge Number        1
Charge Tracking Number           M729150-2
            Charge Literal       FIREARM CARRIED W/O A LICENSE
                    Statute      FIREARM CARRIED W/O A LICENSE (CC6106;
```

CH00188

```
                              Pennsylvania)
        State Offense Code    CC6106
               Counts         1
               Severity       Misdemeanor
              Disposition     (Unknown ; DISPOSITION UNREPORTED)
Charge                        2
        Charge Number         2
Charge Tracking Number        M729150-2
        Charge Literal        CARRYING FIREARMS IN PHILA
               Statute        CARRYING FIREARMS IN PHILA (CC6108;
                              Pennsylvania)
        State Offense Code    CC6108
               Counts         1
               Severity       Misdemeanor
              Disposition     (Unknown ; DISPOSITION UNREPORTED)
Charge                        3
        Charge Number         3
Charge Tracking Number        M729150-2
        Charge Literal        ALT OR OBL MARKS OF IDENTIF
               Statute        ALT OR OBL MARKS OF IDENTIF (CC6117;
                              Pennsylvania)
        State Offense Code    CC6117
               Counts         1
               Severity       Felony
              Disposition     (Unknown ; DISPOSITION UNREPORTED)
================================ Cycle 005 ================================
Tracking Number               M733388-5
Earliest Event Date           1997-01-22
------------------------------------------------------------------------
Arrest Date                   1997-01-22
Arrest Case Number            C714955
Arresting Agency              PAPEP0000 PHILADELPHIA
Subject's Name                SMITH, LAMONT
Charge                        1
        Charge Number         1
Charge Tracking Number        M733388-5
        Charge Literal        ROBBERY
               Statute        ROBBERY (CC3701; Pennsylvania)
        State Offense Code    CC3701
               Counts         1
               Severity       Unknown
              Disposition     (Unknown ; DISPOSITION UNREPORTED)
Charge                        2
        Charge Number         2
Charge Tracking Number        M733388-5
        Charge Literal        THEFT BY UNLWF TAKING OR DISPO
               Statute        THEFT BY UNLWF TAKING OR DISPO (CC3921;
                              Pennsylvania)
        State Offense Code    CC3921
               Counts         1
               Severity       Unknown
              Disposition     (Unknown ; DISPOSITION UNREPORTED)
Charge                        3
        Charge Number         3
Charge Tracking Number        M733388-5
        Charge Literal        RECEIVING STOLEN PROPERTY
               Statute        RECEIVING STOLEN PROPERTY (CC3925; Pennsylvania)
        State Offense Code    CC3925
               Counts         1
               Severity       Unknown
              Disposition     (Unknown ; DISPOSITION UNREPORTED)
Charge                        4
        Charge Number         4
Charge Tracking Number        M733388-5
```

CH00189

```
          Charge Literal  AGGRAVATED ASSAULT
               Statute    AGGRAVATED ASSAULT (CC2702; Pennsylvania)
      State Offense Code   CC2702
               Counts      1
              Severity     Unknown
            Disposition    (Unknown ; DISPOSITION UNREPORTED)
Charge                     5
          Charge Number    5
Charge Tracking Number     M733388-5
          Charge Literal   SIMPLE ASSAULT
               Statute     SIMPLE ASSAULT (CC2701; Pennsylvania)
      State Offense Code   CC2701
               Counts      1
              Severity     Unknown
            Disposition    (Unknown ; DISPOSITION UNREPORTED)
Charge                     6
          Charge Number    6
Charge Tracking Number     M733388-5
          Charge Literal   RECKLESSLY ENDANGERING
               Statute     RECKLESSLY ENDANGERING (CC2705; Pennsylvania)
      State Offense Code   CC2705
               Counts      1
              Severity     Misdemeanor
            Disposition    (Unknown ; DISPOSITION UNREPORTED)
Charge                     7
          Charge Number    7
Charge Tracking Number     M733388-5
          Charge Literal   BURGLARY
               Statute     BURGLARY (CC3502; Pennsylvania)
      State Offense Code   CC3502
               Counts      1
              Severity     Felony
            Disposition    (Unknown ; DISPOSITION UNREPORTED)
============================= Cycle 006 =============================
Tracking Number            F211295-0
Earliest Event Date        1997-09-19
--------------------------------------------------------------------
Arrest Date                1997-09-19
Arrest Case Number         14018
Arresting Agency           PA0460500 CHELTENHAM TWP
Subject's Name             SMITH, LAMONT
Charge                     1
          Charge Number    1
Charge Tracking Number     F211295-0
          Charge Literal   RECEIVING STOLEN PROPERTY
               Statute     RECEIVING STOLEN PROPERTY (CC3925A;
                           Pennsylvania)
      State Offense Code   CC3925A
               Counts      1
              Severity     Felony
            Disposition    (Acquitted 1997-10-09; QUASHED/ DISMISSED/
                           DEMURRER SUSTAINED)
Charge                     2
          Charge Number    2
Charge Tracking Number     F211295-0
          Charge Literal   UNAUTH USE OF AUTO AND VEHICLES
               Statute     UNAUTH USE OF AUTO AND VEHICLES (CC3928A;
                           Pennsylvania)
      State Offense Code   CC3928A
               Counts      1
              Severity     Misdemeanor
            Disposition    (Acquitted 1997-10-09; QUASHED/ DISMISSED/
                           DEMURRER SUSTAINED)
Charge                     3
```

CH00190

Oct 15, 2009 3:13:23 PM                          Printed By: G406JSHE from: M406PA2300

```
                Charge Number  3
       Charge Tracking Number  F211295-0
               Charge Literal  REMV/FALSIF OF IDENTIF NUMBER
                      Statute  REMV/FALSIF OF IDENTIF NUMBER (VC7102A;
                               Pennsylvania)
            State Offense Code  VC7102A
                       Counts  1
                     Severity  Misdemeanor
                  Disposition  (Acquitted 1997-10-09; QUASHED/ DISMISSED/
                               DEMURRER SUSTAINED)
************************** INDEX OF AGENCIES **************************
Agency                         CHELTENHAM TWP; PA0460500;
Agency Telephone               2158851600
Address
                               POLICE DEPARTMENT,8230 OLD YORK ROAD
                               ELKINS PARK, PA 19027
--------------------------------------------------------------------
Agency                         PHILADELPHIA; PAPEP0000;
Agency Telephone               2156863174
Address
                               POLICE ADMINISTRATION BUILDING,FRANKLIN SQUARE
                               ROOM 211,8TH AND RACE S
                               PHILADELPHIA, PA 19106
* * * END OF RECORD * * *
MRI: 3077 IN: MSNGR 12062 AT 15OCT2009 15:04:30
OUT: M406PA2300 72 AT 15OCT2009 15:04:30
```

CH00191